**Opinion issued July 31, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-25-00546-CV**

———————————

**IN RE KENNETH JEROME, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Kenneth Jerome, has filed a petition for writ of mandamus, requesting that we grant mandamus relief directing the trial court to rule on relator's motion for expunction of records.[1]

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.

---

[1] The underlying case is *Kenneth Wayne Jerome v. The Harris County District Attorney's Office*, cause number 2024-43381, pending in the 129th District Court of Harris County, the Honorable Michael Gomez presiding.